Rel: March 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0484

Wendell New, as administrator of the Estate of Dustin New, deceased v. Christopher A. King and C&C Marine Services and Metal Fab (Appeal from Cullman Circuit Court: CV-22-900228).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.